Nate L. Dilger (Bar No. 196203)
ndilger@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Joseph K. Liu
jliu@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

Attorneys for Plaintiff Network Signatures, Inc.

William C. Rooklidge (SBN 134483)
rooklidgew@howrey.com
Martha K. Gooding
goodingm@howrey.com
Frank P. Coté (SBN 204529)
cotef@howrey.com
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, CA. 92614
Telephone: (949)721-6900
Facsimile: (949)721 -6910

Attorneys for Defendant Eli Lilly and Company

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| NETWORK SIGNATURES, INC., | Case No.  SACV 10-1211 JVS (RNBx) |
|      Plaintiff, | |
| v. | **ORDER RE: DISMISSAL** |
| ELI LILLY AND COMPANY, an Indiana corporation, | |
|      Defendant. | |

16603.1

1

**[PROPOSED] ORDER**

1      Upon consideration of the parties' Stipulated Motion for Dismissal, and good cause

2  appearing,

3      IT IS ORDERED:

4      All claims or causes of action asserted in this suit by and between Plaintiff, Network

5  Signatures, Inc. and Defendant, Eli Lilly & Company, are hereby dismissed in their entirety

6  with prejudice.

7      It is further ordered that all attorneys' fees and costs are to be borne by the party that

8  incurred them.

9

10  Dated:  February 02, 2011

11  _____

12  Hon. James V. Selna
    United States District Judge

16603.1

2

**[PROPOSED] ORDER**